```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN - 1 2021
CLERK, U.S. DISTRICT COURT
By_____ Deputy
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | CASE NO. 3:20-CR-185-E |
| | § § | |
| JAIME ULIZE CARCAMO (09) | § | |

## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

JAIME ULIZE CARCAMO, by consent, under authority of United States v. Dees, 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to FED. R. CRIM. P. 11, and entered a plea of guilty to Count 17 of the Second Superseding Indictment, as constructively amended by the Government with Defendant's consent. After cautioning and examining JAIME ULIZE CARCAMO under oath concerning each of the subjects mentioned in Rule 11, I determined that his guilty plea is knowing and voluntary, and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted, and that JAIME ULIZE CARCAMO be adjudged guilty of Conspiracy to Launder Monetary Instruments, in violation of 18 U.S.C. §§ 1956(a)(2)(A) and 1956(h), and have sentence imposed accordingly.

After being found guilty of the offense by the district judge, the defendant, who is currently in custody, should be ordered to remain in custody.

**SIGNED** June 1, 2021.

RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).